## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Orin A Fraser
                       Plaintiff,

v.                                                    Case No.: 1:15–cv–01226
                                                  Honorable Thomas M. Durkin

Jesse White
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2015:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The parties report on the status of the case and that the settlement is fully executed. Plaintiff further reports that they will be filing a motion for sanctions. The Court will not set a further status hearing at this time pending the filing of plaintiff's motion for sanctions. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.