IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ORIN A. FRASER, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 C 1226 |
| | ) | |
| JESSE WHITE, in his official | ) | Judge Durkin |
| capacity as Illinois Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER

By agreement of the parties, all matters in controversy having been settled pursuant to the agreement reached at the settlement conference with Magistrate Judge Schenkier on July 17, 2015, the case is dismissed with prejudice, with each side to bear their own costs.

*Thomas M Durkin*

_____

Dated: 10/13/15                                              Judge Thomas M. Durkin